# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0920. JERRY ROBINSON v. BUDD RESIDENTIAL REAL ESTATE, LLC.

Budd Residential Real Estate, LLC ("Budd") filed a petition for a dispossessory writ, past due rents, and other equitable relief in superior court. In August 2024, the superior court granted Budd a writ of possession, and on September 25, 2024, the superior court entered a final order denying Budd's request for back rent but again finding that Budd is entitled to possession of the property. On October 25, 2024, Jerry Robinson filed a notice of appeal to the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S25A0383 (Dec. 4, 2024). We lack jurisdiction to consider Robinson's appeal.

Although as a general rule a notice of appeal must be filed within thirty days of entry of the order sought to be appealed, see OCGA § 5-6-38 (a), appeals in dispossessory actions must be filed within seven days of the date judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Of course, the proper and timely filing of a notice of appeal is an "absolute requirement" to confer jurisdiction on this Court. *Radio Sandy Springs*, 311 Ga. App. at 336. Because Robinson did not file his notice of appeal until 30 days after the court entered its final order in this

dispossessory action, this appeal is untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/23/2025

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*